**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :       07 CRIM
                                  :
        - v. -                    :       NOTICE OF INTENT
                                  :       TO FILE AN
AFZAL SHAIKH,                     :       INFORMATION
                                  :
        Defendant.                :       07 Cr.
                                  :
- - - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         November 13, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              Lisa R. Zornberg
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              Daniel Gotlin, Esq.
                              Attorney for Afzal Shaikh

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

11/14/07 WHEEL A