```
UNITED STATES DISTRICT COURT          07CRIM1225
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :      INFORMATION  2W
       - v. -                        :
                                     :      07 Cr.
AFZAL SHAIKH,                        :
                                     :
              Defendant.             :
                                     :
- - - - - - - - - - - - - - - - - - x
```


JUDGE BAER

COUNT ONE

The United States Attorney charges:

From on or about April 2007, through in or about August 2007, in the Southern District of New York and elsewhere, AFZAL SHAIKH, the defendant, unlawfully, willfully, and knowingly, and with intent to defraud, would and did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating $1,000 and more during that period, to wit, SHAIKH used and aided and abetted others in using fraudulently-obtained credit cards to make credit card purchases in Manhattan and elsewhere.

Title 18, United States Code, Sections 1029(a)(2)) and 2.

*Michael Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 27 2007
```

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### AFZAL SHAIKH,

Defendant.

### INFORMATION

07 Cr.

(Title 18, United States Code, Section 1029(a)(2) and 2).

Michael J. Garcia
United States Attorney.

12/27/07. Waiver of Indictment, Information filed.
Deft present w/atty Daniel Gotlin
AUSA Lisa Zornberg present. Ct. Rpt. present.
Deft arraigned and pleads not guilty. Discovery to
be completed by 2/15/07. Next PTC set for 2/15/07
at 11 A.M. Time excluded until 2/15/07.

3 pgs. T.