UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

AFZAL SHAIKH,

        Defendant.

**WAIVER OF INDICTMENT**

07 Cr.

**07CRIM1225**

- - - - - - - - - - - - - - - - - x

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1029(a)(2) and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      AFZAL SHAIKH

                                      Daniel Gotlin, Esq.
                                      Attorney for Afzal Shaikh

                Witness:

Date:    New York, New York
         December 17, 2007