

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 12/27/07        │
└─────────────────────────────┘
```

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 27, 2007

By Fax

The Honorable Harold Baer
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   Afzal Shaikh        **07 CRIM 1225 (HB)**

Dear Judge Baer:

The Government has filed a notice of intent to file an Information against Afzal Shaikh, and the parties are scheduled to appear before Your Honor at noon today for the defendant to waive indictment and plead guilty to the Information.

The parties respectfully request that today's appearance be adjourned. The parties are still finalizing their plea discussions and the defendant is not ready to plead guilty today. There are no Speedy Trial Act consequences of adjourning the conference, as the Information has not yet been filed and there are currently no charges pending against Mr. Shaikh in this District.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:   _____
      LISA R. ZORNBERG
      Assistant United States Attorney
      (212) 637-2720

cc:   Daniel Gotlin, Esq.
      (by fax)

*[Handwritten note, dated 12/27/07:]* No adjournments are granted when sought less than 24 hours from appointed time, you are no different — when you think you can't make it you may come in person. Denied. [signed]

Endorsement:

    No adjournments are granted when sought less than 24 hours from appointed time you are no different - and when you think you can't make it you may come in person.  DENIED